443 A.2d 377

Moody, Appellant v. The Carlton House, et al.

Submitted April 15, 1981. John M. Silvestri, for appellant; John M. Kish, for appellees.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

The order entered September 5, 1980 granting the Petition to Strike Judgment against Defendant Carlton House is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

443 A.2d 377

Queer et ux. v. Sharp v. Erie Insurance Group, Appellant.

Argued November 13, 1980. Dennis B. Rafferty, for appellant; John W. Pollins, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

SPAETH, J., concurred in the result.